474 A.2d 682

Commonwealth v. Lepore, Appellant.

Submitted February 8, 1984. Daniel Joseph Milliron, Assistant Public Defender, for appellant; John Woodcock, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence is affirmed.

474 A.2d 682

Commonwealth v. Monroe, Appellant.

Argued February 7, 1984. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgments of sentence affirmed.